Michael J. Gordon (021798)
**GORDON & GORDON, P.L.L.C.**
850 Cove Parkway, Ste. A
Cottonwood, AZ 86326
Telephone: (928) 649-8609
Facsimile: (928) 649-8612
michael@gordonlawaz.com
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In Re: | Chapter 7 |
|---|---|
| DEWEY E. HENNESSY | Case No. 3:16-bk-01457-DPC |
| PHYLLIS ELLEN HENNESSY | **ORDER GRANTING MOTION TO REINSTATE CHAPTER 7 CASE** |
| Debtors. | |

The Court, having considered the Debtors' Motion to Reinstate Chapter 7 Case and good cause appearing, now, therefore;

IT IS HEREBY ORDERED granting the Motion to Reinstate Chapter 7 Case and reinstating the Debtors' Chapter 7 bankruptcy case.

DATED this _____ day of _____, 2016.

_____
UNITED STATES BANKRUPTCY JUDGE